1  LAWRENCE G. BROWN
   United States Attorney
2
   ADAIR F. BOROUGHS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C.  20044-0683
5  Telephone:    (202)305-7546
   E-mail:       adair.f.boroughs@usdoj.gov
6
   Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

CHARLES WAYNE UPTERGROVE, )
MARTHA GENE UPTERGROVE ) Civil No. 1:08-CV-01800-OWW-SMS
)
Plaintiffs, ) **ORDER GRANTING DEFENDANTS'**
) **REQUEST FOR COUNSEL TO**
v. ) **APPEAR BY PHONE**
)
UNITED STATES OF AMERICA, )
UNITED STATES ATTORNEY MCGREGOR)
W. SCOTT, TRIAL ATTORNEY G. PATRICK)
JENNINGS, U.S. MARSHALS OFFICE, )
MARILYN COLLINS, DOES 1-100, )
)
Defendants. )

Upon good cause shown,

    IT IS HEREBY ORDERED THAT the Defendants' Request For Counsel to Appear by Phone is GRANTED.  Counsel for the Defendants may appear by phone at the hearing on the Defendants' Motion to Dismiss scheduled for April 13, 2009, at 10:00 A.M.

IT IS SO ORDERED.

**Dated:   April 7, 2009**                  **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE