```
                    IN THE UNITED STATES DISTRICT COURT FOR THE

                           EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| HARLES WAYNE UPTERGROVE,<br>MARTHA GENE UPTERGROVE<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES ATTORNEY MCGREGOR<br>W. SCOTT, TRIAL ATTORNEY G. PATRICK<br>JENNINGS, U.S. MARSHALS OFFICE,<br>MARILYN COLLINS, DOES 1-100,<br><br>        Defendants. | Civil No. 1:08-CV-01800-OWW-SMS<br><br>**JUDGMENT IN A CIVIL CASE** |

This action came before the Court upon the United States' Motion to Dismiss which was heard on April 13, 2009. After hearing the arguments and considering the briefs, a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Memorandum Decision filed April 17, 2009,

1. Plaintiffs' request for injunctive relief is barred as a collateral attack against the judgment in *United States v. Uptergrove*, No. 1:06-CV-01630-AWI-LJO (E.D. Cal. Sept. 24, 2008) and is DISMISSED WITH PREJUDICE.

2. Plaintiffs' claim against the United States is barred by sovereign immunity is and DISMISSED WITH PREJUDICE.

3. Plaintiffs' claim against the United States Marshals Office is barred by sovereign immunity and is DISMISSED WITH PREJUDICE.

4. Plaintiffs' claims against McGregor Scott, G. Patrick Jennings and Marilyn Collins acting in their official capacities are barred by sovereign immunity and are DISMISSED WITH PREJUDICE.

5. Plaintiffs' claims against McGregor Scott and G. Patrick Jennings in their individual capacities fail to state a claim and are DISMISSED WITH

PREJUDICE.

6. Plaintiffs' claim against Marilyn Collins in her individual capacity fails to state a claim and is DISMISSED WITH PREJUDICE.

7. Plaintiffs' claim against Does 1-100 fails to state a claim and is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of April, 2009.

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Court Judge